

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00496-CV

**TEXAS DEPARTMENT OF MOTOR VEHICLES**,
Appellant

v.

**PINNACLE MOTORS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06565
Honorable Gloria Saldana, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's July 12, 2013, Order On Defendant Texas Department of Motor Vehicle's Plea to the Jurisdiction is REVERSED and judgment is RENDERED that all claims by Pinnacle Motors against the Texas Department of Motor Vehicles are DISMISSED. It is ORDERED that the Texas Department of Motor Vehicles recover its costs of this appeal from Pinnacle Motors.

SIGNED February 19, 2014.

Sandee Bryan Marion, Justice